IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. CHARLES SHULRUFF, D.D.S., ) | | |
| on behalf of plaintiff and ) | | |
| the class members defined herein, ) | | |
| ) | | |
| Plaintiff, ) | 16-cv-2386 | |
| ) | | |
| v. ) | Honorable Judge Coleman | |
| ) | Magistrate Judge Rowland | |
| TOTAL MERCHANT SERVICES, INC. ) | | |
| and JOHN DOES 1-10, ) | | |
| ) | | |
| Defendant. ) | | |

## NOTICE OF SETTLEMENT

Dr. Charles Shulruff, DDS ("Plaintiff") and defendant Total Merchant Services, Inc. have reached an individual settlement agreement and expect to file a stipulation of dismissal within the next 30 days.

Respectfully submitted,

/s/ *Dulijaza Clark*
Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, hereby certify that on September 1, 2016, I caused a true and accurate copy of the foregoing document to be electronically filed with the Clerk of the United States District for the Northern District of Illinois by filing through the CM/ECF system, which served a copy upon all counsel of record.


                                 /s/ *Dulijaza Clark*
                                 Dulijaza Clark


Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)