**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DR. CHARLES SHULRUFF, D.D.S., on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 16-cv-2386 |
| v. | ) ) ) | Honorable Judge Coleman Magistrate Judge Weisman |
| TOTAL MERCHANT SERVICES, INC. and JOHN DOES 1-10, | ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

NOW COME the Parties, by and through their respective attorneys, and pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate and agree to the voluntary dismissal of Plaintiff's individual claims against Defendants with prejudice, and with each party bearing its own costs and attorneys' fees. Plaintiff's class claims are dismissed without prejudice, and with each party bearing its own costs and attorneys' fees. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

| | |
|---|---|
| */s/ Dulijaza Clark* | */s/ James Vlahakis* |
| Daniel A. Edelman | James Vlahakis |
| Dulijaza (Julie) Clark | Jason L. Santos |
| Edelman Combs Latturner & Goodwin LLC | Hinshaw & Culbertson LLP |
| 20 S. Clark St. | 222 N. LaSalle St. |
| Suite 1500 | Suite 300 |
| Chicago IL 60603 | Chicago IL 60601 |
| (312) 739-4200 | (312) 704-3000 |
| (312) 419-0379 (FAX) | (312) 704-3001 (FAX) |
| dedelman@edcombs.com | jvlahakis@hinshawlaw.com |
| jclark@edcombs.com | jsantos@hinshawlaw.com |

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on October 14, 2016, she caused the foregoing document to be electronically filed with the Clerk of the United States District for the Northern District of Illinois by filing through the CM/ECF system, which served a copy upon all counsel of record.

                                                                        */s/ Dulijaza Clark*
                                                                           Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)